# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2005

129357

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 129357
                                       COA: 255397
                                       Wayne CC: 04-014085

LEM ELLIS GROVE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 7, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2005

p1221

Clerk